**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| LAURA SOMERVILLE,<br><br>Plaintiff,<br><br>v.<br><br>FRONTLINE INSURANCE MANAGERS, INC.; and FIRST PROTECTIVE INSURANCE COMPANY,<br><br>Defendants. | CIVIL ACTION NO.: 4:26-cv-239 |

**O R D E R**

Before the Court is a "Notice of Voluntary Dismissal Without Prejudice of All Claims Against Defendant Frontline Insurance Managers, Inc.," which has been signed and filed by counsel for Plaintiff. (See generally doc. 13.) Neither Defendant in this case has filed an answer or a motion for summary judgment. In the Notice, Plaintiff states her intent to dismiss, without prejudice, *only* her claims against Defendant Frontline Insurance Managers, Inc. (Id. at p. 1.) Plaintiff further explains that "[Defendants] Frontline Insurance Managers, Inc. and First Protective Insurance Company have warranted that First Protective Insurance Company is the correct legal entity pertaining to Plaintiff's claims, and that Frontline Insurance Managers, Inc. was named in the above-styled lawsuit, served within the statute of limitations, and that Frontline Insurance Managers, Inc. will not raise the statute of limitations, or other timeliness of Plaintiff's lawsuit defense if Plaintiff renews her lawsuit against Frontline Insurance Managers, Inc. or seeks

to file a separate action against Frontline Insurance Managers, Inc. regarding the facts alleged in the above-styled lawsuit." (Id.) Federal Rule of Civil Procedure 41(a)(1)(A) permits the voluntary dismissal by a plaintiff of fewer than all defendants in an action through the filing of a notice or stipulation. See Jackson v. Equifax Information Servs., No. 1:19-cv-96, 2020 WL 476698 (S.D. Ga. Jan. 29, 2020). Accordingly, Defendant Frontline Insurance Managers, Inc., has been **DISMISSED WITHOUT PREJUDICE**.[1] The Court **DIRECTS** the Clerk of Court to **UPDATE** the docket accordingly.

**SO ORDERED**, this 6th day of October, 2026.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

[1] Additionally, at the same time that she filed the Notice, Plaintiff filed a First Amended Complaint, which no longer names Frontline Insurance Managers, Inc. as a defendant and does not assert any claims against it. (Doc. 14.)